[No. 10018-1-I.   Division One.   May 25, 1983.]

*In the Matter of the Marriage of* CHRISTINE MARIE
BARNETT, *Respondent, and* MICHAEL LEE
BARNETT, *Appellant.*

Appeal from a judgment of the Superior Court for Island
County, No. 11796, Richard L. Pitt, J., entered January 13,

1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold and Scholfield, JJ.